FILED

DEC 08 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-108-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TRACY FONDA FLANIGAN, | |
| Defendant. | |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 18) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is DISMISSED WITH PREJUDICE.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of December, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge

1